# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ARCHIE ONAVA,**

    **Plaintiff,**

    vs.                                  CIV. NO. 18-CV-00088-KG-LF

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and good cause appearing,

**IT IS HEREBY ORDERED** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g)[1] and REMANDED to the Commissioner for further administrative proceedings.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SUBMITTED AND APPROVED BY:

*Electronically submitted 8/24/18*
ALEXESS REA
Special Assistant United States Attorney

*Electronically approved 8/24/18*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff